# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARLOS ALBERTO REYES § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-175 |
| § | |
| JANIE COCKRELL, DIRECTOR, TEXAS § | |
| DEPARTMENT OF CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION § | |

## ORDER

On August 28, 2001, Carlos Alberto Reyes ("Reyes") mailed a 28 U.S.C. § 2254 petition to the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division. Reyes claims that his Texas conviction for possession of marihuana was constitutionally flawed in various ways.

Reyes states that the date of the judgment in his case was August 30, 2000. The Texas Court of Appeals affirmed his conviction on May 17, 2001. However, he has not filed a state habeas petition. Reyes has not exhausted his state remedies as required by 28 U.S.C. § 2254(b).

IT IS THEREFORE **ORDERED** that these proceedings be stayed for 90 days to allow Reyes to pursue his state remedies.

IT IS FURTHER **ORDERED** that the State of Texas advise the Court on or before April 1, 2002, as to the status of Reyes' state petition for discretionary review or state habeas corpus application.

DONE at Brownsville, Texas, this 8th day of January, 2002.

John Wm. Black
United States Magistrate Judge