IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO REYES | § § | CIVIL ACTION NO. B-01-175 |
| VS. | § § | CIVIL ACTION NO. B-02-029 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | § § § | |

## ORDER

Fredericka Sargent, Assistant Attorney General is ordered to appear before the Court, June 4, 2002 at 1:30 P.M., to show cause why she should not be sanctioned for failing to obey this Court's order of January 8, 2002 in the above entitled and numbered cause.

DONE at Brownsville, Texas, this 21st day of May, 2002.

John Wm. Black
United States Magistrate Judge