# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CARLOS ALBERTO REYES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-175 |
| | § | |
| JANIE COCKRELL, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case set for the place, date, and time shown below is hereby **PASSED**:

TYPE OF PROCEEDING:

**SHOW CAUSE HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 4, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 29, 2002

TO:     ROSS RAYBURN
        FREDERICKA SARGENT