IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| CARLOS ALBERTO REYES<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-01-175 |
| | § | |
| JANIE COCKRELL, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION<br>Respondent. | §<br>§<br>§<br>§ | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 8, 2002 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 3rd day of _____, 2002.

Andrew S. Hanen
United States District Judge